# Court of Appeals
# of the State of Georgia

ATLANTA, April 20, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0185. STANDERING v. THE STATE.

Appellant's Emergency Motion for Stay/Supersedeas Pending Docketing of Appeal is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/20/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*